# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEVE CROTTEAU, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 10 C 1937 (VMK)(JC) ) |
| ADDUS HOMECARE CORPORATION, MARK S. HEANEY, FRANCIS J. LEONARD, MARK L. FIRST, SIMON A. BACHLEDA, W. ANDREW WRIGHT, III STEVEN I. GERINGER, ROBERT W. BAIRD & CO. INCORPORATED, OPPENHEIMER & CO. INC., and STEPHENS INC., | ) ) ) ) HONORABLE VIRGINIA M. ) KENDALL ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CONDITIONAL CERTIFICATION OF A CLASS**

## MOTION

Pursuant to Federal Rule of Civil Procedure 23(e), Lead Plaintiff Kermit Stumbo and Plaintiff Steve Crotteau ("Plaintiffs") respectfully move the Court for entry of the proposed Order Preliminarily Approving Settlement and Providing For Notice (the "Notice Order"), filed concurrently herewith, to begin the process of vetting a Proposed Settlement of this action by: (1) preliminarily approving the Proposed Settlement; (2) conditionally certifying, for settlement purposes, a class defined as:

> All persons and/or entities who purchased or otherwise acquired the common stock of Addus HomeCare Corporation pursuant or traceable to its October 27, 2009, Initial Public Offering, between October 27, 2009 and March 18, 2010, inclusive ("Class Period") and who were damaged thereby;

(3) establishing procedures by which the Notice of Proposed Settlement will be provided to the Class; (4) establishing the mechanisms by which Class Members may object to the Proposed Settlement and/or Plaintiffs' Lead Counsel's request for fees and reimbursement of expenses, opt out of the Class and/or file Proofs of Claim to participate in the Settlement; and (5) setting a briefing schedule and date for the Settlement Hearing at which time Plaintiffs will seek final approval of the Proposed Settlement.

The grounds upon which this motion is based are set forth fully in the Memorandum of Points and Authorities hereto.

| | |
|---|---|
| Dated: March 21, 2011 | Respectfully submitted, |
| | By: *s/ Peter A. Binkow*<br>Peter A. Binkow (*pro hac vice*)<br>Robin B. Howald *(pro hac vice)*<br>Robert V. Prongay (*pro hac vice*)<br>Coby M. Turner (*pro hac vice*)<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br><br>*Lead Counsel for Plaintiffs* |

`

2