IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE CROTTEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>ADDUS HOMECARE CORPORATION, MARK S. HEANEY, FRANCIS J. LEONARD, MARK L. FIRST, SIMON A. BACHLEDA, W. ANDREW WRIGHT, III, STEVEN I. GERINGER, ROBERT W. BAIRD & CO. INCORPORATED, OPPENHEIMER & CO. INC., and STEPHENS INC.,<br><br>                    Defendants. | Civil Action No. 10 C 1937 (VMK)(JC)<br><br>HONORABLE VIRGINIA M. KENDALL |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT, CLASS CERTIFICATION AND THE PLAN OF ALLOCATION**

## MOTION

Pursuant to this Court's Order dated March 22, 2011, Lead Plaintiff Kermit Stumbo and Plaintiff Steve Crotteau ("Plaintiffs") respectfully move the Court for entry of the Proposed Order: (1) finally approving the settlement of this Litigation: (2) approving the Plan of Allocation for the distribution of the Settlement Fund; and (3) certifying the Settlement Class.

The grounds in support of this Motion are set forth fully in the Plaintiffs' Memorandum In Support of Final Approval of the Proposed Settlement, Class Certification and the Plan of Allocation, and the Declaration of Peter A. Binkow, filed contemporaneously herewith.

Dated: June 16, 2011

    Respectfully submitted,

    KERMIT STUMBO

    By: *s/ Peter A. Binkow*
    One of His Attorneys

    Peter A. Binkow
    Robin Bronzaft Howald
    Robert V. Prongay
    Coby M. Turner
    GLANCY BINKOW & GOLDBERG LLP
    1801 Avenue of the Stars, Suite 311
    Los Angeles, CA 90067
    Telephone: (310) 201-9150
    Facsimile: (310) 201-9160
    Email: Info@glancylaw.com

    *Lead Counsel for Plaintiffs*