Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1937 | **DATE** | 7/21/2011 |
| **CASE TITLE** | Crotteau vs. Addus Homecare Corporation et al | | |

**DOCKET ENTRY TEXT**

Movant Kermit Stumbos' motion for settlement [79] is granted. Movant Kermit Stumbo's motion for attorney fees and reimbursement of expenses from the settlement fund [82] is granted. Enter final judgment and order of dismissal with prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | TSA |
|---|---|---|---|